IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| WILFREDO ORTEGA RIVERA, | § | |
| | § | |
| *Petitioner*, | § | |
| | § | |
| v. | § | No. 1:26-CV-02441-DAE |
| | § | |
| WARDEN, T. DON HUTTO DETENTION CENTER, *et al*., | § | |
| | § | |
| | § | |
| *Respondents*. | § | |

ORDER FOR SUPPLEMENTAL BRIEFING FROM PETITIONER

Before the Court is Wilfredo Ortega Rivera's ("Petitioner") Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 ("the Petition") (Dkt. # 1), and Federal Respondents' Response (Dkt. # 4). The Court requires more information before it can rule on the Petition.

**IT IS THEREFORE ORDERED** that, **on or before 12:00 p.m. on September 11, 2026**, Petitioner shall file supplemental briefing with answers to the following question:

1. Please describe further what connections has Petitioner established with the United States, if any, and the ways in which Petitioner has engaged with his community here. **Petitioner need not provide any identifying details**, such as the names or addresses of residences or places of employment, but may instead write generally about his connections to his community.

**IT IS SO ORDERED**.

**DATED**: Austin, Texas, September 8, 2026.

____________________________________
David Alan Ezra
Senior United States District Judge